James L. Wraith, State Bar No. 112234
E-mail:      jwraith@selvinwraith.com
John A. Chatowski, State Bar No.174471
E-mail:      jchatowski@selvinwraith.com
SELVIN WRAITH HALMAN LLP
505 14th Street, Suite 1200
Oakland, CA 94612
Telephone:   (510) 874-1811
Facsimile:   (510) 465-8976

Attorneys for Plaintiff and Counter-Defendant
WESTERN WORLD INSURANCE COMPANY

David P. Schack, State Bar No. 106288
E-mail:      david.schack@btlaw.com
BARNES & THORNBURG LLP
2029 Century Park East, Suite 300
Los Angeles, CA 90067
Telephone:   (310) 284-3880
Facsimile:   (310) 284-3894

Attorneys for Defendants and Counter-Claimants
UMRO REALTY CORPORATION
and MAURICIO UMANSKY

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTERN WORLD INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>        v.<br><br>UMRO REALTY CORPORATION, a California corporation, and MAURICIO UMANSKY, an individual,<br><br>        Defendants. | CASE NO. 2:18-cv-05594 GW (MRWx)<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Complaint filed:    June 25, 2018 |

STIPULATION FOR DISMISSAL WITH PREJUDICE     CASE NO. 2:18-cv-05594 GW (MRWx)

IT IS HEREBY STIPULATED by and between Plaintiff and Counter-Defendant Western World Insurance Company ("Western World") and Defendants and Counter-Claimants UMRO Realty Corporation and Mauricio Umansky (collectively "UMRO"), by and through their designated counsel, that the above captioned action, including Western World's Amended Complaint and UMRO's Counter-Claim, be and hereby is dismissed with prejudice pursuant to F.R.C.P. §41(a)(1), with each side to bear their own fees and costs.

Dated:  October 22, 2018         BARNES & THORNBURG LLP


                                 By:      /s/ David P. Schack
                                       David Schack
                                       Attorneys for Defendants
                                       UMRO REALTY CORPORATION and
                                       MAURICIO UMANSKY

Dated:  October 22, 2018         SELVIN WRAITH HALMAN LLP


                                 By:      /s/ John  A. Chatowski
                                       James L. Wraith
                                       John A. Chatowski
                                       Attorneys for Plaintiff
                                       WESTERN WORLD INSURANCE
                                       COMPANY

### SIGNATURE CERTIFICATION

I hereby attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  October 22, 2018         By:      /s/ John A. Chatowski
                                       John A. Chatowski

271976.doc

1

STIPULATION FOR DISMISSAL WITH PREJUDICE      CASE NO. 2:18-cv-05594 GW (MRWx)